UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
2020 [...] 10 PM 4:31
U.S. CLERK'S OFFICE
COURT OF APPEALS

_____YVONNE FROST_____
Write the full name of each plaintiff.

**20-cv-5762**
(Include case number if one has been assigned)

-against-

US ATTORNEY GENERAL
F.B.I
NYC MTA
DONALD TRUMP
WHITE HOUSE
US GOVERNMENT
COURT OF APPEALS
Payena Bread
NYPD

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

2020 JUL 21 PM 12:58
SDNY PRO SE OFFICE
RECEIVED

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

① Abuse Of Power
② Retaliation
③ Discrimination

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
               (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

YVONNE _____ FROST _____
First Name        Middle Initial        Last Name

40 ANN ST _____
Street Address

NEW YORK _____ NY _____ 10038 _____
County, City                        State            Zip Code

NONE _____        Yvonne.Frost1@aol.com _____
Telephone Number                   Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: US ATTORNEY GENERAL
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
County, City / State: NY / Zip Code

Defendant 2: NYPD
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
County, City: New York / State: NY / Zip Code: 10007

Defendant 3: F.B.I.
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
County, City / State: NY / Zip Code

Defendant 5: DONALD TRUMP
Defendant 6: WHITE HOUSE
Defendant 7: US Government
Defendant 8: COURT OF APPEALS
Defendant 9: PANERA BREAD

Page 4

Defendant 4: **NYC** **MTA**
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Brooklyn / NY
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Brooklyn, New York City

Date(s) of occurrence: 07/05/20 - 07/09/20

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Somebody threw out a thing for another and told them catch. The individual needs a help out and said it to the catcher. The person told them "It's a baby - I want some of the money and you can have some too"

A key man driving a long merchandise trailer stopped by the 'nook' I was intentionally projected to go and snooze for the night at. It is Panera Bread at 452 Fifth Avenue. He brought in some products and about four safes.

There were two workers inside Panera. One came about 10:00pm and the other 1:35am. They were told to "be quiet".

Everyday these defendants plot and plan something

to take my money. There were a few others on the outside working with them. They kept coming and hitting me.

"I am ready, all set to go – give me that" I heard someone said.

In turn I heard the two people in Panera said "They have created a monster – we've put everything we have on the table".

I got bitten from mosquitoes that came out at a certain time also.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Reworn dirty clothes. harassed. Pressured. uncomfortability Mental pressure. Emotional distress Psychological distress

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I. to investigate this case.

I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors.

~~FACT (2)~~ Trailer # 2627456

I have been constantly writing about the pressure the defendants are putting me through. I have moved from seven nooks in less than three weeks. People are sent to steal and harrass me at these nook.
I heard this person said "take it from the US government file".
Who can access these file or who have access to my files?
I left 452 Fifth Avenue about 3:00am, ~~wondered~~ for a while until the subway opened. Painful very painful.
I have been asking the court as a relief to hand over the keys to my house. I need to start living. It has been a while since I have been asking. Instead I have been getting all different types of blows. Yesterday four people tried to get me to pay for the free school lunch at PS6 (10:55am). I told them "the lunches are free".
I was passing on ~~the~~ sidewalk. An NYPD officer was inclusive of the four.
I had to leave the previous nook at the Astro Gallery at 38 Street and Fifth after a woman came on the train for rent payment.
The person behind this person is not leaving me alone. This person is making it difficult for me to go to my house and start living.
The ropes are being tightened in the court. The court is becoming too picky over harmless things. Right now my hand is shaky. My handwriting is not neatly written from lack of sleep. I feel weak and shaky.
I believe pressure has been placed on a couple court employees to make my life difficult.
I saw the two initial orders I filed with the court naming Mr. D. Trump as defendants ~~tossed~~

~~FACT~~ (3) No natural air slept with my head in a box again to shield it.

to an individual and said "Take care of that." Ever since that my life has been turned upside down and living made difficult. Constantly waiting to get counter-attacked.

Those objects were in the sky again early this morning. Are they going to go away or hang around forever?

Some of the acts done by these objects are inhumane and must be stopped.

I am holding D. Trump, White House, US Government accountable for meddling and applying pressure on others to achieve a purpose.

I am holding D. Trump, White House, US Government accountable for orchestrating others to do acts to keep me away from my house and son.

N.Y.P.D is waiting on me 12 feet away to grab this order i.e bully me.

The defendants did quite a lot of wrong. I would write those in another order.

When I left I stuck a note in Panera's door slit that read "Put back my stolen money".

Programming me to walk around most of the day must stop. I need money to survive too and not only to bring in money for the court. I am tired of getting used and abused and used again.

I am holding the court of Appeals accountable for giving away my house while leaving me in situations leading to slow or sudden death and wasteful life. No one is above the law. Join the line - don't skip the line - follow protocol. M. ToH there are others waiting to get their sugar just like you. Don't pour your own sugar.

## RELIEF (2)

and wrongful actions. Put back the baby.

I would like to ask the court to hand over my house keys to my Bishop and compensation.

I would like to ask the court to arrest and jail all perpetrators. Give me double for my troubles, passport and travel tickets.

Please have my other house available.

PS  Since I came to this court I never got a Relief asked for.

Fire MR. Trump.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

07/09/20
Dated

Yvonne
First Name

Middle Initial

Yvonne Frost
Plaintiff's Signature

Frost
Last Name

40 Ann Street
Street Address

New York            NY                          10038
County, City                     State                  Zip Code

NONE
Telephone Number

Yvonne.Frost1@aol.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



Yvonne Frost
40 Ann Street
New York, NY 10038

RECEIVED
2020 JUL 10 PM 4:31
CLERK'S OFFICE
U.S. COURT OF APPEAL

RECEIVED
SDNY PRO SE OFFICE
2020 JUL 21 PM 12:59

United States SD Court
Court of Appeals
40 Centre Street
New York, NY 10007

RECEIVED
2020 JUL -9 AM 10:54
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY