UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                    Plaintiff,<br><br>         -against-<br><br>U.S. ATTORNEY GENERAL; F.B.I.; NYC MTA; DONALD TRUMP; WHITE HOUSE; US GOVERNMENT; COURT OF APPEALS; PANERA BREAD; N.Y.P.D.,<br><br>                    Defendants. | 20-CV-5762 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 24, 2020, denying Plaintiff's application to proceed *in forma pauperis* (IFP) and her motion for leave to file this action,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed IFP (ECF No. 1) and her motion for leave to file this action (ECF No. 3) are denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

The Clerk of Court is directed to transmit a copy of this judgment and note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF No. 4.)

SO ORDERED.

Dated:   July 24, 2020
         New York, New York

                                                     _____
                                                            COLLEEN McMAHON
                                                     Chief United States District Judge